## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K.Y., a minor, et al., | |
| *Plaintiffs*, | Civil Action No. 1:24-cv-03056 (CJN) |
| v. | |
| DISTRICT OF COLUMBIA, et al., | |
| *Defendants*. | |

### MOTION FOR ADMISSION OF ADITI SHAH *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(e), Plaintiffs move for the admission of Aditi Shah, *pro hac vice*, in the above-entitled action.  Ms. Shah is employed by the American Civil Liberties Union of the District of Columbia (ACLU-DC) and is a member of the New York State Bar.  Ms. Shah practices law from the ACLU-DC's office in the District of Columbia and her application for membership to the District of Columbia Bar is pending.  Her declaration in support of this motion and a certificate of good standing from the bar of the state court to which she is admitted are filed herewith.

Date:  November 8, 2024

Respectfully submitted,

/s/ Scott Michelman
Scott Michelman, D.C. Bar No. 1006945
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 601-4267
smichelman@acludc.org

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| K.Y., a minor, et al.,<br><br>       *Plaintiffs*,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>       *Defendants*. | Civil Action No. 1:24-cv-03056 (CJN) |

**DECLARATION OF ADITI SHAH**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Aditi Shah, hereby declare:

1. My full name, office address, and telephone number are as follows:

   Aditi Dinesh Shah
   American Civil Liberties Union of the District of Columbia
   529 14th Street NW, Suite 722
   Washington, D.C. 20045
   Tel: (202)-457-0800

2. I have been admitted to the following courts and bars:

   New York State Bar (No. 5886254)
   United States District Court for the Southern District of New York
   United States Court of Appeals for the Seventh Circuit

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have not been disciplined by any bar. A certificate of good standing from the Supreme Court of the State of New York, Appellate Division, Fourth Department, is attached as Exhibit 1 to this declaration.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

1

5. I engage in the practice of law from the American Civil Liberties Union of the District of
Columbia's office located in the District of Columbia. My application for membership to
the District of Columbia bar is pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C., this 8th day of November, 2024.

Respectfully submitted,

Aditi Shah
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202)-457-0800

# EXHIBIT 1



*Appellate Division of the Supreme Court*
*of the State of New York*
*Fourth Judicial Department*

———————

   I, Ann Dillon Flynn, Clerk of the Appellate Division of the Supreme Court of the State of New York, Fourth Judicial Department, do hereby certify that

## Aditi Dinesh Shah

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on *June 21, 2021*, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Rochester on November 8, 2024.*

*Clerk of the Court*

*CertID-00198994*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

K.Y., a minor, et al.,

    *Plaintiffs*,

   v.

DISTRICT OF COLUMBIA, et al.,

    *Defendants*.

Civil Action No. 1:24-cv-03056 (CJN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for the admission of Aditi Shah *pro hac vice*, the

motion is granted.

Date: _____, 2024

          _____
           Carl J. Nichols
          United States District Judge

1