UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **K.Y.**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendants.** | **Civil Action No. 1:24-cv-03056-CJN** |

### DEFENDANTS' OPPOSED MOTION TO SEAL HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Defendants District of Columbia and Sam Abed move for the Court to conduct the forthcoming hearing on Plaintiffs' Motion for a Preliminary Injunction [7] under seal, closed to the general public. *See* Fed. R. Civ. P. 5.2(d); LCvR 5.1(h).

Defendants' opposition extensively references and relies on sensitive and confidential information, including Plaintiffs' juvenile case and social records. By statute, this information is highly confidential and cannot be disclosed subject to strict exceptions. *See* D.C. Code §§ 16-2331(b), (i); 16-2332(b), (h); 16-2333(a). To preserve the confidentiality of this information, the Defendants request that the Court close the forthcoming hearing on the Plaintiffs' motion for preliminary injunction to the general public, excluding judicial staff, counsel of record, and Parties or Party representatives.

Pursuant to Local Civil Rule 7(m), Defendants' counsel conferred with Plaintiffs' counsel, who represented that Plaintiffs oppose the relief sought. Specifically, Plaintiffs' counsel stated via email, "[W]e oppose a fully closed hearing and think approaching the bench is sufficient to protect the privacy interests attendant to named Plaintiffs' individualized

circumstances." With respect to opposing counsel, there is no provision under the District's juvenile confidentiality statutes that provides for Plaintiffs to waive the confidentiality of their own confidential information. And, in Defendants' view, approaching the bench anytime either side wants to discuss anything related to Plaintiffs' individual circumstances is not a serious solution, especially where any disclosure to the public, however inadvertent, could carry criminal penalties, *see* D.C. Code § 16-2336. A supporting memorandum of points and authorities and a proposed order are attached.

Dated: December 11, 2024.                                Respectfully submitted,

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Brendan Heath*
AMANDA C. PESCOVITZ [1735780]
BRENDAN HEATH [1619960]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

*Counsel for Defendants*

2