# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **K.Y.,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | **Civil Action No. 1:24-cv-03056-CJN** |

## ORDER

Upon consideration of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (the Motion), Defendants District of Columbia and Sam Abed's opposition, any reply to it, and the entire record, it is **ORDERED** that the Motion is **DENIED.**

Date: _____

_____
CARL J. NICHOLS
United States District Judge